No. 722. STEWART *v.* PENNSYLVANIA (CITY OF JEANNETTE). March 25, 1940. On consideration of the suggestion of a diminution of the record and motion for a writ of certiorari in that relation, the motion for a writ of certiorari is denied. The petition for writ of certiorari to the Mayor's Court, City of Jeannette, Pennsylvania,

is denied. *Messrs. Joseph F. Rutherford* and *Hayden C. Covington* for petitioner. *Mr. Harris C. Arnold* for respondent.